■ LOUIS CHERNIKOFF, Respondent-Appellant, v. DONALD BLAIR et al., Respondents, and GORDON R. PALSBO et al., Appellants.— Judgment and orders affirmed, with costs. All concur. (Appeals from a judgment of Erie Trial Term, for plaintiff for $13,770, and against defendants Palsbo and Klein; and for defendants Blair and Jennings for no cause of action in an automobile negligence action. The orders denied motions by defendants Palsbo and Klein for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ MALCOLM DRECHSLER, Respondent-Appellant, v. DONALD BLAIR et al., Respondents, and GORDON R. PALSBO et al., Appellants.— Judgment and orders affirmed, with costs. All concur. (Appeals from a judgment of Erie Trial

Term for plaintiff for $17,709 and against defendants Palsbo and Klein; and for defendants Blair and Jennings for no cause of action in an automobile negligence action. The orders denied motions by defendants Palsbo and Klein for a new trial.) Present— McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.